**IT IS ORDERED as set forth below:**



Date: February 1, 2022

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| CYNTHIA ANDERSON-GRAYSON, | : | BANKRUPTCY CASE |
| Debtor. | : | 20-62169-LRC |
| _____ | : | |
| | : | |
| S. GREGORY HAYS AS | : | |
| CHAPTER 7 TRUSTEE, | : | ADVERSARY PROCEEDING |
| Plaintiff, | : | NO. 21-05127-LRC |
| | : | |
| v. | : | |
| | : | |
| MICHAEL L. GRAYSON, | : | IN PROCEEDINGS UNDER |
| Defendant. | : | CHAPTER 7 OF THE |
| | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is Defendant's *Motion for Extension of Time to Respond to Adversary Complaint* (Doc. 4) (the "Motion"). The Motion arises in connection with a complaint (the "Complaint," Doc. 1) filed by the Chapter 7 Trustee (the "Trustee") on

1

December 15, 2021.  The Clerk issued a summons for the Complaint on December 16, 2021, giving Defendant until January 18, 2022, to respond.  Defendant filed the Motion on January 14, 2022.  Acting *pro se*, Defendant asks the Court for an extension of time to find legal counsel.

Federal Rule of Bankruptcy Procedure 9006(b)(1) provides, in part, that "for cause shown" the Court may grant an extension of time at its discretion "if the request … is made before the expiration of the period originally prescribed or as extended by a previous order." Defendant filed his Motion before time expired to answer the Complaint, and the Court finds that an extension of time for Defendant to secure legal counsel is warranted. Therefore, for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Debtor shall have thirty (30) days from the entry of this order to respond to the Complaint.

### END OF DOCUMENT

**Distribution List**

**Michael J. Bargar**
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

**Michael L Grayson**
2435 Haverford Way
Decatur, GA 30032