IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 MAR -3  AM 10: 47

M. REGINA THOMAS
CLERK

DEPUTY CLERK

| | |
|---|---|
| In Re:<br>CYNTHIA<br>ANDERSON-GRAYSON Debtor | CASE NO. 20-62169-LRC<br>CHAPTER 7 |
| S. GREGORY HAYS,<br>Chapter 7 Trustee for the Estate of<br>Cynthia Anderson-Grayson,<br>Plaintiff<br>V.<br>MICHAEL L. GRAYSON<br>Defendant | ADV. PRO. NO.<br>21-05127-LRC |

DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO
RESPOND TO ADVERSARY COMPLAINT

COMES NOW, named Defendant, Michael L. Grayson, who respectfully files ***Defendant's Motion for Additional Extension of Time To Respond to Adversary Complaint*** and shows this Honorable Court as follows:

Due to the nature of the allegations made against Defendant, Defendant has

been seeking legal counsel. Defendant's Mother, Cynthia Anderson-Grayson, is very ill from chemotherapy, and suffers from stage 4 cancer, and the fact that Defendant is being accused of fraud, he does not feel he can adequately represent himself.

Defendant interviewed a couple of attorneys, but so far, he has not found one with time to get up to speed, or were incompetent for such representation. Defendant would like the additional time to continue to attempt to locate and retain competent legal counsel. Thirty to Forty-five days would be very helpful in the search for competent legal counsel.

Respectfully submitted, this 2nd day of March. 2022,

*/s/ Michael Grayson*
Michael L. Grayson
2435 Haverford Way
Decatur, GA 30032

## CERTIFICATE OF SERVICE

I hereby certify, that I have this day, served a true and correct copy of the Foregoing upon the Plaintiff, through their attorney on file, via postage prepaid, USPS First Class Mail and addressed as follows.

Michael J. Bargar

171 17th Street, NW
Suite 2100
Atlanta, GA 30363

_____
Michael L. Grayson