UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-62169-LRC |
| CYNTHIA ANDERSON-GRAYSON, | : | CHAPTER 7 |
| Debtor. | : | |
| | | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Cynthia Anderson-Grayson, | : | |
| Plaintiff, | : | |
| v. | : | ADV. PRO. NO. 21-5127-LRC |
| MICHAEL L. GRAYSON, | : | |
| Defendant. | : | |

**REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANT MICHAEL L. GRAYSON**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Cynthia Anderson-Grayson ("**Trustee**" or "**Plaintiff**"), Plaintiff herein, by and through undersigned counsel, and requests the entry of default against Michael L. Grayson ("**Defendant**") in the above-styled adversary proceeding under Rule 55 of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure.  As established by the attached unsworn declaration of counsel for Trustee, marked Exhibit "A," the Defendant is in default in failing to file timely an answer to Trustee's *Complaint* [Doc. No. 1].  Under Rule 55 of the Federal Rules of Civil Procedure, the Defendant's default must be entered by the clerk.

18134681v1

-2-

Respectfully submitted this 6th day of May, 2022.

                                                  ARNALL GOLDEN GREGORY LLP
                                                *Attorneys for Trustee*

                                      By: */s/ Michael J. Bargar*
                                                  Michael J. Bargar
                                                  Georgia Bar No. 645709
                                                  michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-7031

18134681v1

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-62169-LRC |
| | : | |
| CYNTHIA ANDERSON-GRAYSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Cynthia Anderson-Grayson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. 21-5127-LRC |
| | : | |
| MICHAEL L. GRAYSON, | : | |
| | : | |
| Defendant. | : | |

## UNSWORN DECLARATION OF COUNSEL FOR TRUSTEE

1.    I am a partner of the law firm of Arnall Golden Gregory LLP, counsel of record for S. Gregory Hays ("**Trustee**") in the above-styled adversary proceeding (the "**Adversary Proceeding**"). I have personal knowledge of the facts set forth herein.

2.    Trustee commenced the Adversary Proceeding on December 15, 2021 by filing a *Complaint* [Doc. No. 1] (the "**Complaint**") against Michael L. Grayson (the "**Defendant**").

3.    The Summons on the Defendant was issued on December 16, 2021. [Doc. No. 2].

4.    On December 16, 2021, Trustee, through counsel, served the Complaint and the Summons on the Defendant. *See* [Doc. No. 3].

18134681v1

5. Counsel for Trustee filed a certificate of service regarding the service of the Complaint and Summons on December 16, 2021. *See id.*

6. More specifically, on December 16, 2021, Trustee, through counsel, served the Defendant via United States first class mail and certified mail, return receipt requested, by delivering copies of the Complaint and Summons to the Defendant at 2435 Haverford Way, Decatur, GA  30032. *See id.*

7. The envelopes through which the Summons and Complaint were served were not returned as undeliverable.

8. Under Rule 7012 of the Federal Rules of Bankruptcy Procedure, the time for the Defendants to serve a responsive pleading to the Complaint was 30 days after the date of the issuance of the Summons, or January 18, 2022.

9. On February 1, 2022, the Court entered an Order [Doc. No. 5] extending the Defendant's answer deadline to March 3, 2022.

10. On April 4, 2022, the Court entered a second Order [Doc. No. 8] again extending the Defendant's answer deadline to May 4, 2022.

11. The Defendant has not filed or served an answer in response to the Complaint [Doc. No. 1], whether in the main bankruptcy case or in the Adversary Proceeding, within the required time.

12. Based on the facts known to me, the Defendant is not incompetent, an infant, or engaged in active military service.

This unsworn declaration is made under Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55 of the Federal Rules of Civil Procedure incorporated thereby for purposes of obtaining entry of default against the defaulting Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2022.

                                                      /s/ Michael J. Bargar  
                                                      Michael J. Bargar  
                                                      Georgia Bar No. 645709

## CERTIFICATE OF SERVICE

     This is to certify that the undersigned has this date served a true and correct copy of the foregoing **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MICHAEL L. GRAYSON** by first class United States Mail on the following persons or entities at the addresses stated:

Michael L. Grayson
2435 Haverford Way
Decatur, GA  30032

     May 6, 2022.

                                                 */s/ Michael J. Bargar*
                                                 Michael J. Bargar
                                                 Georgia Bar No. 645709

18134681v1