**IT IS ORDERED as set forth below:**

Date: January 19, 2023

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBERS: |
|---|---|---|
| CYNTHIA ANDERSON-GRAYSON,   Debtor. | : : : | BANKRUPTCY CASE 20-62169-LRC |
| S. GREGORY HAYS, as Chapter 7 Trustee for the Estate of Cynthia Anderson-Grayson,   Plaintiff, | : : : : : : | CHAPTER 7 |
| v. | : : | ADVERSARY PROCEEDING NO: 21-05127-LRC |
| MICHAEL L. GRAYSON,   Defendant. | : : : : | |

## ORDER

Before the Court is a *Motion for Entry of Default Judgment* (Doc. 11) (the "Motion"), filed by Plaintiff, in his capacity as Chapter 7 trustee of the estate (the "Estate")

1

of Cynthia Anderson-Gray ("Debtor").  The Motion arises in connection with a complaint (Doc. 1) (the "Complaint") filed on December 15, 2021, to avoid the transfer (the "Transfer") of Debtor's interest in 1699 Braeburn Drive, Atlanta, DeKalb County, Georgia 30316 (the "Property") and to recover and preserve the Transfer for the benefit of the Estate.  The Clerk issued a summons on December 16, 2021, and Plaintiff filed a certificate of service the same day certifying that a copy of the Complaint and summons was served upon Defendant on December 16, 2021.  The Court granted two requests for thirty-day extensions to do so, but Defendant failed to respond to the Complaint.  (*See* Docs. 4, 5, 7, and 8).  On May 6, 2022, Plaintiff filed a Request for Entry of Default.  (Doc. 10).  On May 9, 2022, the Clerk entered default against Defendant.  Defendant has failed to respond to the Motion, and therefore, the Motion is deemed unopposed pursuant to BLR 7007-1(c).  Accordingly,

    **IT IS ORDERED** that the Motion is hereby **GRANTED**.  The Court shall enter a default judgment contemporaneously herewith.

    **IT IS FURTHER ORDERED** that the Transfer is avoided pursuant to 11 U.S.C. § 548(a)(1)(B).

    **IT IS FURTHER ORDERED** that Plaintiff is entitled to recover the Property or the proceeds of the same, or the value of that interest, transferred through the Transfer pursuant to 11 U.S.C. § 550.

    **IT IS FURTHER ORDERED** that the Transfer is preserved for the benefit of the estate, pursuant to 11 U.S.C. § 551.

**END OF DOCUMENT**

**Distribution List**

**Michael J. Bargar**
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

**Michael L. Grayson**
2435 Haverford Way
Decatur, GA 30032