**IT IS ORDERED as set forth below:**

**Date: January 19, 2023**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS: |
|---|---|---|
| CYNTHIA ANDERSON-GRAYSON,  Debtor. | : : : | BANKRUPTCY CASE 20-62169-LRC |
| _____ S. GREGORY HAYS, as Chapter 7 Trustee for the Estate of Cynthia Anderson-Grayson,  Plaintiff, | : : : : : : | CHAPTER 7 |
| v. | : : | ADVERSARY PROCEEDING NO: 21-05127-LRC |
| MICHAEL L. GRAYSON,  Defendant. _____ | : : : | |

## JUDGMENT

Judgment is hereby entered for the Plaintiff against the Defendant in the above-styled adversary proceeding in accordance with the Order of the Court entered on January 19, 2023.

**END OF DOCUMENT**

1

**Distribution List**

**Michael J. Bargar**
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

**Michael L. Grayson**
2435 Haverford Way
Decatur, GA 30032